# EXHIBIT C

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Howard Johnson International, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>IMH, LLC, a Texas Limited Liability Company; MANPREET SINGH, an individual; ASHISH PATEL, an individual; and HARPREET SINGH, an individual,<br><br>   Defendants. | Civil Action No. 14-cv-05805-ES-JAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

  The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, Howard Johnson International, Inc., and defendants, Ashish Patel and Harpreet Singh, it is hereby stipulated and ordered that the Complaint be and the same is hereby dismissed with prejudice and without costs as to Ashish Patel and Harpreet Singh, <u>only</u>.

  It is further stipulated and ordered that the terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

**LeClairRyan**
Attorneys for Plaintiff,
Howard Johnson International, Inc.

By: _____
Bryan P. Couch, Esq.

Date: 4/17/17

**DUANE MORRIS LLP**
Attorneys for Defendants,
Ashish Patel and Harpreet Singh

By: _____
Eric R. Breslin, Esq.

Date: 4/17/17

So ordered on this _____ day of _____, 2017.

_____
**HON. ESTHER SALAS, U.S.D.J.**

16